UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

ANGELA PAMELA MOORE                     CASE NO. 20-10677
140 W CRESCENT SQUARE DR APT G          JUDGE BENJAMIN A. KAHN
GRAHAM, NC  27253


DEBTOR


SSN(1) XXX-XX-9922                      DATE:  03/18/2021

---

## REPORT OF FILED CLAIMS

---

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCU REFERENCE MEDICAL LAB SERVICES 1901 E LINDEN AVE STE 4 LINDEN, NJ  07036 | $0.00 INT:  .00% NAME ID:  126754 CLAIM #:  0010 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| ALAMANCE COUNTY TAX 124 W ELM STREET GRAHAM, NC  27253 | $0.00 INT:  .00% NAME ID:  2794 CLAIM #:  0001 | (P) PRIORITY NOT FILED ACCT: COMMENT: |
| CITY OF BURLINGTON TAX COLLECTOR P O BOX 1358 BURLINGTON, NC  27216 | $0.00 INT:  .00% NAME ID:  2914 CLAIM #:  0002 | (P) PRIORITY NOT FILED ACCT: COMMENT: |
| INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA, PA  19101-7317 | $8,600.87 INT:  .00% NAME ID:  123769 CLAIM #:  0003 | (P) PRIORITY ACCT:  19TX COMMENT:  OC, 1020A,920A |
| INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA, PA  19101-7317 | $25,432.50 INT:  .00% NAME ID:  123769 CLAIM #:  0008 | (U) UNSECURED ACCT:  PEN COMMENT:  920A, 1020A |
| LHNH CRESCENT OAKS LLC 130 W CRESCENT SQUARE DR GRAHAM, NC  27253 | $0.00 INT:  .00% NAME ID:  183025 CLAIM #:  0014 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| MARINER FINANCE LLC 8211 TOWN CENTER DR NOTTINGHAM, MD  21236 | $1,819.29 INT:  .00% NAME ID:  149311 CLAIM #:  0005 | (U) UNSECURED ACCT:  7296 COMMENT:  OC |
| N C DEPARTMENT OF REVENUE BANKRUPTCY UNIT P O BOX 1168 RALEIGH, NC  27602-1168 | $1,259.17 INT:  .00% NAME ID:  9699 CLAIM #:  0004 | (P) PRIORITY ACCT:  9922 COMMENT:  OC |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10677

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $125.30<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 9922<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,133.80<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 5952<br>COMMENT:  BEST BUY |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,636.32<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 3900<br>COMMENT:  SYNCHRONY BANK |
| SYNCHRONY BANK<br>BANKRUPTCY DEPT<br>P O BOX 965064<br>ORLANDO, FL  32896-5064 | $0.00<br>INT: .00%<br>NAME ID: 174316<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1226<br>COMMENT:  HSN |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $6,953.00<br>INT: 5.25%<br>NAME ID: 172186<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 2114<br>COMMENT:  12FORD |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $1,844.14<br>INT: .00%<br>NAME ID: 172186<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 2114<br>COMMENT:  SPLIT |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $0.00<br>INT: .00%<br>NAME ID: 172186<br>CLAIM #: 0015 | (S) SECURED<br>AMENDED<br>ACCT: 1098<br>COMMENT:  920C/WDRN |
| **TOTAL:** | **$50,804.39** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,450.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 3  -  CHAPTER 13 CASE NO. 20-10677

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/18/2021                                OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice